AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

DAVID JOHNSON,

      Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER: **3:09-cv-00408-RCJ-VPC**

HOWARD SKOLNIK, et al.,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice as to all counts and all defendants.


  June 20, 2011                           **LANCE S. WILSON**
                                                           Clerk

                                                           /s/ Katie Lynn Ogden
                                                             Deputy Clerk